UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT G. DEKKER and
METRO FINANCIAL GROUP

               Case No. 2:08-cv-10751
   Plaintiffs,        Hon. Patrick J. Duggan

vs

CONTINENTAL CASUALTY
INSURANCE COMPANY,

   Defendant.
_____/

| LAWRENCE J. ACKER, P.C. | RUTLEDGE, MANION, RABAUT, |
|---|---|
| **LAWRENCE J. ACKER (P28123)** |  TERRY & THOMAS, P.C. |
| Attorney for Plaintiffs | **ALVIN A. RUTLEDGE (P19785)** |
| 44 East Long Lake Road | **MATTHEW J. THOMAS (P60283)** |
| Bloomfield Hills, MI 48304 | Attorneys for Defendant |
| (248) 594-7277 | 4000 Penobscot Building |
| ljapc@aol.com | Detroit, MI 48226 |
| | (313) 965-6100 |
| | arutledge@rmrtt.com |
| | mthomas@rmrtt.com |

_____/

## **STIPULATION OF DISMISSAL**

  NOW COME the parties, by and through their respective counsel hereto, hereby stipulate and agree that the above-captioned matter and the predecessor case filed in the Oakland County Circuit Court, entitled *Robert G. Dekker and Metro Financial Group v. Continental Casualty Insurance Company*, Case No. 08-089057-NM, be dismissed, with prejudice and without costs.


s/LAWRENCE J. ACKER        s/MATTHEW J. THOMAS
Attorney for Plaintiff          Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT G. DEKKER and
METRO FINANCIAL GROUP

                                      Case No. 2:08-cv-10751
       Plaintiffs,                    Hon. Patrick J. Duggan

vs

CONTINENTAL CASUALTY
INSURANCE COMPANY,

       Defendant.
_____
_____/

## **ORDER OF DISMISSAL**

At a session of said Court held in the Theodore Levin Courthouse for the United States District Court, Eastern District of Michigan, Southern Division, on March 7, 2008.

PRESENT:  HON. PATRICK J. DUGGAN, U.S. District Court Judge

Upon reading and filing the attached Stipulation, and the Court being otherwise duly advised in the premises;

IT IS HEREBY ORDERED that the above-captioned matter be dismissed, with prejudice and without costs.

                                            s/Patrick J. Duggan
                                            Patrick J. Duggan
                                            United States District Judge

Dated:  March 7, 2008
I hereby certify that a copy of the foregoing document was served upon counsel of record on March 7, 2008, by electronic and/or ordinary mail.

                                            s/Marilyn Orem
                                            Case Manager